UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WELLS FARGO & COMPANY, on behalf of itself and the members of its affiliated group filing a consolidated return,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 09-CV-2764 (PJS/TNL)<br><br><br>ORDER |

This matter is before the Court on the October 31, 2011 report and order of the Special Master [Docket Nos. 193, 194]. The time for objections having expired, IT IS HEREBY ORDERED THAT the October 31, 2011 report and order are AFFIRMED.

Dated: December 16, 2011                     s/Patrick J. Schiltz
                                             Patrick J. Schiltz
                                             United States District Judge