## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| WELLS FARGO & COMPANY, et al., ) | |
| ) | |
| Plaintiff, ) | Civil No. 09-cv-02764-PJS-TNL |
| ) | |
| v. ) | |
| ) | **Submitted to Special Master** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION TO EXCLUDE EXPERT TESTIMONY OF
## DR. MICHAEL CRAGG

Dr. Michael Cragg is one of the government's economic experts. Dr. Cragg submitted a report in this case on May 2, 2012, and counsel for Wells Fargo deposed Dr. Cragg on October 10, 2012. As further explained in Plaintiff's accompanying Memorandum in Support of Its Motion to Exclude Expert Testimony of Dr. Michael Cragg, Dr. Cragg's testimony is contrary to law and fails to meet the standards of admissibility for expert testimony. Accordingly, Plaintiff moves to exclude Dr. Cragg's report and testimony from further proceedings in this case as inadmissible under the standards of Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Dated: December 2, 2013

    Respectfully Submitted,

    /s/ *B. John Williams, Jr.*

    B. John Williams, Jr. (D.C. Bar #214825)
*bjohn.williams@skadden.com*
Julia M. Kazaks (D.C. Bar #453498)
*julia.kazaks@skadden.com*
Alan Swirski (D.C. Bar #420046)
*alan.swirski@skadden.com*
Cary Pugh (D.C. Bar # 448983)
*cary.pugh@skadden.com*
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7000

Walter A. Pickhardt (#86782)
*walter.pickhardt@FaegreBD.com*
Martin S. Chester (#031514X)
*martin.chester@FaegreBD.com*
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

Jeffrey A. Sloan (#0270799)
*jeffrey.sloan@wellsfargo.com*
Wells Fargo & Company
90 South Seventh Street
Minneapolis, MN 55479
(612) 667-7321