UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| WELLS FARGO & COMPANY, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) | Civil No. 09-cv-02764-PJS-TNL |

## NOTICE OF APPEAL

Notice is hereby given that Wells Fargo & Company, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 26th day of September, 2017 [Dkt. No. 669] and from all orders preceding the judgment, including (but not limited to) the Orders dated September 15, 2017 [Dkt. No. 665]; May 24, 2017 [Dkt. No. 650]; and November 10, 2015 [Dkt. No. 537].[1]

---

[1] In appealing the district court's final judgment, Plaintiff relies on "the general rule that appeal from a final judgment supports review of all earlier interlocutory orders." *See* 16A Charles Alan Wright, *et al.*, Federal Practice and Procedure § 3949.4, at 100-105 & n.32 (4th ed. 2008).

Dated: November 24, 2017     s/ Charles F. Webber                      .
B. John Williams, Jr. (D.C. Bar No. 21482)
Alan Swirski (D.C. Bar No. 420046)
Nathan P. Wacker (D.C. Bar No. 1004278)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7000
bjohn.williams@skadden.com
alan.swirski@skadden.com
nathan.wacker@skadden.com

Charles F. Webber (#215247)
Deborah A. Ellingboe (#26216X)
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
chuck.webber@faegrebd.com
debbie.ellingboe@faegrebd.com

Jeffrey A. Sloan (#0270799)
Wells Fargo & Company
90 South Seventh Street
Minneapolis, MN 55479
(612) 667-7321

-2-